

# NUMBER 13-22-00061-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **SANTOS VALENTIN RAMOS,** | **Appellant,** |

**v.**

| | |
|---|---|
| **TAYLOR LEANN SHAFER,** | **Appellee.** |

## On appeal from the 377th District Court
## of Victoria County, Texas.

# ORDER REINSTATING APPEAL

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's motion to reinstate appeal.[1] This

Court issued a memorandum opinion and judgment dismissing this appeal for want of

---

[1] On May 27, 2022, the Clerk of the Court sent notice indicating the Court was construing this motion as a motion for rehearing. However, the Court is proceeding with the motion as entitled (motion to reinstate); for clarity, full consideration was given to appellee's response.

prosecution on May 26, 2022.

The Court, having fully examined and considered appellant's motion and appellee's response, is of the opinion that, in the interest of justice, appellant's motion should be granted.

Accordingly, we grant appellant's motion to reinstate the appeal. We withdraw our previous memorandum opinion and judgment and reinstate the appeal. The clerk's record was originally due on March 16, 2022, but has not been filed. *See* TEX. R. APP. P. 35.1(a). Appellant shall pay the clerk's fees for preparation of the record, or make satisfactory arrangements to pay those fees, such that the clerk's record is filed within thirty (30) days from the date of this order. *See* TEX. R. APP. P. 35.3(c) ("The appellate court must allow the record to be filed late when the delay is not the appellant's fault, and may do so when the delay is the appellant's fault.").[2] Appellant's brief will be due thirty (30) days after the clerk's record has been filed with this Court. *See* TEX. R. APP. P. 38.6(a).

PER CURIAM

Delivered and filed on the
8th day of June, 2022.

---

[2] Appellant represents in his motion that he paid the clerk's fees for preparation of the record on May 27, 2022.